UNITED STATES DISTRICT COURT

for the

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUN 21  AM 9: 34

DEPUTY CLERK _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROGELIO SANCHEZ, JR. | ) | Case No. 1:18-MJ-50-BL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROGELIO SANCHEZ, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21 U.S.C. §§ 846; 841(a)(1); 841(b)(1)(B)(viii) -- Conspiracy to Possess with the Intent to Distribute 50 grams and more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine.

Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)(viii) -- Possession with the Intent to Distribute 50 grams and more of a Mixture and Substance Containing a Detectable Amount of Methamphetamaine.

Date:   06/21/2018

_____
*Issuing officer's signature*

City and state:   ABILENE, TEXAS      E. SCOTT FROST, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 21 June 2018 , and the person was arrested on *(date)* 20 June 2018
at *(city and state)* Gordon, TX .

Date: 21 June 2018

_____
*Arresting officer's signature*

SEAN MEANS, FBI- SPECIAL AGENT
*Printed name and title*