IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

vs.

ROGELIO SANCHEZ, JR.

1:18-MJ-0050-BL

## MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. ***Eligibility of Case.***   This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

   _____ A crime of violence as defined in 18 U.S.C. § 3156(a)(4).   (18 U.S.C. § 3142(f)(1)(A)).

   _____ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

   _X_ Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

   _____ A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

   _____ A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)). Factual predicate in support of this ground:

   _____ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142(f)(2)(B)). Factual predicate in support of this ground:

   _____ A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender.   (18 U.S.C § 3142(f)(1)(E)).

    \_\_\_\_ A felony that involves the possession or use of a firearm or destructive device, or any other dangerous weapon.   (18 U.S.C § 3142(f)(1)(E)).

2. ***Reason for Detention.***   The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

    __X__  Defendant's appearance as required.
    __X__  Safety of any other person and the community.

3. ***Rebuttable Presumption.***   The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

The presumption applies because:

    __X__ Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)).
    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.   (18 U.S.C. § 3142(e)(1)-(3)).
    \_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5).   (18 U.S.C. § 3142(e))
    \_\_\_\_ Probable cause to believe defendant committed a qualifying offense involving a minor victim.   (18 U.S.C. § 3142(e)).

4. ***Time for Detention Hearing.***   The United States requests the Court conduct the detention hearing:

    __X__ After continuance of three days.
    \_\_\_\_ After continuance of 10 days under 18 U.S.C. § 3142(d).
    \_\_\_\_ Moot at this time as defendant is in state custody.   Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention and Continuance –   Page 2**

### *Grounds for 10 day continuance:*

The defendant is, and was at the time the alleged offense was committed:

\_\_\_\_\_ on release pending trial for a felony under Federal, state, or local law;

\_\_\_\_\_ on probation or parole for an offense under federal, state, or local law; or

\_\_\_\_\_is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20);
and the defendant:

\_\_\_\_\_ may flee; or

\_\_\_\_\_ pose a danger to any other person or the community.

Dated this 21st day of June, 2018.

                                   Respectfully submitted,

                                   ERIN NEALY COX
                                   UNITED STATES ATTORNEY

                                   s/ Juanita Fielden
                                   JUANITA FIELDEN
                                   Assistant United States Attorney
                                   Texas State Bar No. 06965600
                                   341 Pine Street, Suite 2101
                                   Abilene, Texas 79601
                                   Telephone:   325-672-8160
                                   Facsimile:   325-673-3139
                                   E-mail:       Juantia.Fielden@usdoj.gov