Case 1:18-cr-00050-C-BL   Document 4   Filed 06/21/18   Page 1 of 1   PageID 9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 JUN 21 AM 11:42
DEPUTY CLERK _____

| | |
|---|---|
| JUDGE: E. SCOTT FROST | |
| DEPUTY CLERK: JEANINE FISH | COURT REPORTER/TAPE NO.: DIGITAL |
| LAW CLERK: NONE | USPO/PTSO: Monica Rambo |
| INTERPRETER: NONE | COURT TIME: 10:23 a.m. |
| DIVISION HELD: ABILENE | DATE: 6/21/18  TIME: 6 min |

CR. NO. 1:18-MJ-050-BL _____ DEFT _____

UNITED STATES OF AMERICA § JUANITA FIELDEN , AUSA

V.                                                                      A

ROGELIO SANCHEZ, JR.

§ NONE                                                        A

DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

✓ INITIAL APPEARANCE ___ IDENTITY ___ BOND HEARING ___ PRELIMINARY HEARING
___ DETENTION HEARING ___ COUNSEL DETERMINATION HEARING ___ REMOVAL HEARING ___ EXTRADITION HEARING
___ HEARING CONTINUED ON _____ CASE NO. _____ ___ OTHER DISTRICT ___ DIVISION
✓ DATE OF FEDERAL ARREST/CUSTODY: 6/20/18 ___ SURRENDER _____ ___ RULE 5/32 ___ APPEARED ON WRIT
✓ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___ PROBATION/SUPERVISED RELEASE VIOLATOR
___ DEFT FIRST APPEARANCE WITH COUNSEL.
✓ DEFT ___ MW (MATERIAL WITNESS) _____ APPEARED ___ WITH ✓ WITHOUT COUNSEL
✓ REQUESTS APPOINTED COUNSEL.
✓ FINANCIAL AFFIDAVIT EXECUTED.
___ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___ PRIVATE COUNSEL APPOINTED _____
___ DEFT HAS RETAINED COUNSEL _____
___ ARRAIGNMENT SET _____                          ✓ DETENTION HEARING SET 6/26/18
✓ PRELIMINARY HEARING SET 6/26/18 ___ BOND HEARING SET _____
___ COUNSEL DETERMINATION HEARING SET _____
___ IDENTITY/REMOVAL HEARING SET _____
___ BOND ___ SET ___ REDUCED TO $ _____ ___ CASH ___ SURETY ___ 10% ___ PR ___ UNS ___ 3RD PTY ___ MW
___ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
___ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ ORDER OF DETENTION PENDING TRIAL ENTERED.
___ DEFT ADVISED OF CONDITIONS OF RELEASE.
___ BOND EXECUTED ___ DEFT ___ MW RELEASED ___ STATE AUTHORITIES ___ INS
✓ DEFT ___ MW ✓ REMANDED TO CUSTODY.
___ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___ WAIVER OF ___ PRELIMINARY HEARING ___ RULE 5/32 HEARING ___ DETENTION HEARING
___ COURT FINDS PROBABLE CAUSE ___ ID ___ PC.
___ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
REMARKS: Copy of Complaint to Defendant   Deft is qualified for appointment of counsel.