IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1-18CR-050-C |
| ROGELIO SANCHEZ, JR. | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute or Possess with Intent
to Distribute 50 grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

From on or about a date unknown to the grand jury and continuing through on or about June 20, 2018, in the Abilene and Fort Worth Divisions of the Northern District of Texas, and elsewhere, **Rogelio Sanchez, Jr.**, defendant, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

All in violation of Title 21, United States Code, Section 846.

**Rogelio Sanchez, Jr.**
**Indictment – Page 1**

<u>Count Two</u>
Possession with Intent to Distribute 50 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii))

On or about June 20, 2018, in the Abilene Division of the Northern District of Texas, and elsewhere, **Rogelio Sanchez, Jr.**, defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
351 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:  325-672-8160
Facsimile:  325-673-3139
E-mail:  Juanita.Fielden@usdoj.gov

**Rogelio Sanchez, Jr.**
Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

ROGELIO SANCHEZ, JR.

INDICTMENT

COUNT 1: CONSPIRACY TO DISTRIBUTE OR POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii).

(2 COUNTS)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this the 11th day of July 2018.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint #1:18-MJ-050-BL filed 06/21/18)

_____
UNITED STATES MAGISTRATE JUDGE