IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CASE NO. 1:18-CR-050-C-BL |
| | § § § | |
| ROGELIO SANCHEZ, JR. | § | |

## ORDER

It is ORDERED that an Arraignment on the Indictment filed July 11, 2018, will be held on **Tuesday, July 17, 2018, at 10:00 a.m.,** in the courtroom of the Federal Building, 2nd Floor, 341 Pine Street, Room 2000, Abilene, Texas.

The Clerk will furnish a copy of this Order to each attorney of record.

DATED: July 13, 2018.

_____
E. SCOTT FROST
United States Magistrate Judge