# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 JUL 17 PM 1:25
DEPUTY CLERK

HONORABLE: E. SCOTT FROST         PRESIDING
DEPUTY CLERK: JEANINE FISH        COURT REPORTER/TAPE NUMBER: DIGITAL
LAW CLERK: NONE                   USPO: Dawn Amwine
INTERPRETER: NONE                 Date: 7/17/18

Cr. No. 1:18-cr-050-C-BL          DEFT. No. _____

UNITED STATES OF AMERICA          §
V.                                §   JUANITA FIELDEN _____, AUSA
                                  §
ROGELIO SANCHEZ                   §   JACOB BLIZZARD
Defendant's Name                      Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

### ARRAIGNMENT/~~REARRAIGNMENT~~

Time in Court: 10:09-10:11 am 6min

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
               ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
               ☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____
Hearing Concluded: ☐ Yes  ☐ No

☐ Defendant SWORN.
■ Arraignment    ☐ Rearraignment - Held on count (s) 1-2 _____
   of the  2  count(s) ■ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
☐ Sentencing Guidelines                                                        ☐ Superseding Information
■ Deft enters a plea of    ■ Not Guilty    ☐ Guilty    ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted    ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: _____  Time: _____
☐ Trial set for   Date: _____  Time: _____
   Pretrial motions due: _____  Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed. PSI due: _____  Pre-sentence Referral Form to: _____
☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
■ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: