IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 1:18-CR-050-01-C |
| | ) | ECF |
| ROGELIO SANCHEZ | ) | |

**PRETRIAL NOTICE AND ORDER**
**TRIAL DATE: SEPTEMBER 4, 2018, AT 9:00 A.M.**

COUNSEL AND ALL PARTIES WILL TAKE NOTICE:

The above criminal case is set for trial on the date and time indicated in the United States District Court, Lubbock, Texas. Each party and attorney is ordered to comply with the following:

A. The deadline for filing all motions is August 14, 2018.

B. Each counsel shall serve on opposing counsel and file with the Clerk proposed jury instructions and issues (with authorities) and a proposed verdict form at least seven (7) days before the scheduled date for trial. At the same time, counsel shall submit to the Court in writing an estimate of the length of trial.

C. ALL EXHIBITS EXCEPT IMPEACHMENT DOCUMENTS ARE TO BE MARKED WITH THE CASE NUMBER AND STYLE OF THE CASE ON **EACH EXHIBIT** and exchanged with opposing counsel at least three (3) days before the scheduled date for trial.

D. At least three (3) days before trial, counsel shall furnish a list of all exhibits and witnesses, except those offered solely for impeachment, to opposing counsel, the Clerk, and the Court Reporter.

E.	Attorneys are not required to submit proposed voir dire questions. Attorneys will be permitted to conduct voir dire of the jury panel, subject to further order of the Court.

F.	No more than three (3) character witnesses may be called to testify for any given Defendant.

G.	Any party not represented by an attorney is expected to comply with this order.

IT IS SO ORDERED.

Dated July 18, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE